UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Stanley Tompkins and
Darlene Tompkins,

Plaintiffs,

vs.

Leavitt Tube Company,

Defendant.

Civil No. 01-1922 JMR/FLN

**ORDER TO AMEND**

---

IT IS HEREBY ORDERED and agreed upon by the parties that the deadlines set forth in the Scheduling Order dated December 19, 2001, be amended as follows:

- Plaintiff's expert disclosures under paragraph 2.a.1) and 2.b.1) shall be made on or before August 15, 2002.
- Defendant's expert disclosures paragraph 2.a.2) and 2.b.2) shall be made on or before October 1, 2002.
- Expert depositions under paragraph 2.c. shall be completed before November 1, 2002.

All other provisions of the Pretrial Schedule dated December 19, 2001, are unchanged.

Dated: June 6, 2002.

Franklin L. Noel
FRANKLIN L. NOEL
Chief Magistrate Judge

JUN 6 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Stanley Tompkins and
Darlene Tompkins,

Plaintiffs,

vs.

Leavitt Tube Company,

Defendant.

Civil No. 01-1922 JMR/FLN

**STIPULATION TO AMEND**

---

The parties hereby stipulate and agree that the deadlines set forth in the Scheduling Order dated December 19, 2001, may be amended as follows:

- Plaintiff's expert disclosures under paragraph 2.a.1) and 2.b.1) shall be made on or before August 15, 2002.
- Defendant's expert disclosures paragraph 2.a.2) and 2.b.2) shall be made on or before October 1, 2002.
- Expert depositions under paragraph 2.c. shall be completed before November 1, 2002.

The parties further stipulate and agree that the Court may execute and enter the attached Amended Scheduling Order without further notice or hearing to the parties.

Dated: 5-30, 2002.

MESHBESHER & SPENCE, LTD.

By ____________________
Paul R. Dahlberg, #228217
Attorneys for Plaintiff
21 SW Second Street, Suite 250
Rochester, MN 55902
(507) 280-8090

Dated: 5/31/02, 2002.

MURNANE, CONLIN, WHITE & BRANDT
PROFESSIONAL ASSOCIATION

By Stacy E. Cudd

Stacy E. Cudd, #
Attorneys for Defendant
1800 U.S. Bancorp Building
444 Cedar Street
St. Paul, MN 55101
(651) 227-9411