UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Stanley Tompkins and
Darlene Tompkins,

Plaintiffs,

vs.

Leavitt Tube Company,

Defendant.

Civil No. 01-1922 JMR/FLN

**STIPULATION TO AMEND**

---

The parties hereby stipulate and agree that the deadlines set forth in the Scheduling Order dated December 19, 2001, may be amended again as follows:

- Plaintiff's expert disclosures under paragraph 2.a.1) and 2.b.1) shall be made on or before October 1, 2002.
- Defendant's expert disclosures under paragraph 2.a.2) and 2.b.2) shall be made on or before November 1, 2002.
- Expert depositions under paragraph 2.c. shall be completed before December 1, 2002.

The parties further stipulate and agree that the Court may execute and enter the attached Amended Scheduling Order without further notice or hearing to the parties.

Dated: 7-29, 2002.

MESHBESHER & SPENCE, LTD.

By ______________________
Paul R. Dahlberg, #228217
Attorneys for Plaintiff
21 SW Second Street, Suite 250
Rochester, MN 55902
(507) 280-8090

AU
FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

Dated: July 31, 2002.

MURNANE, CONLIN, WHITE & BRANDT
PROFESSIONAL ASSOCIATIONS

By Stacy Cudd
Stacy Cudd, # 0267181
Attorneys for Defendant
1800 US Bancorp Building
444 Cedar Street
St. Paul, MN 55101
(651) 227-9411

ORDER

Based upon the Stipulation to Amend entered into by the parties, through their counsel of record, now therefore;

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff's expert disclosures under paragraph 2.a.1) and 1.b.1) shall be made on or before October 1, 2002;
2. Defendant's expert disclosures under paragraph 2.a.2) and 2.b.2) shall be made on or before November 1, 2002;
3. Expert depositions under paragraph 2.c. shall be completed before December 1, 2002.

DATED: Aug 28, 2002

BY THE COURT:

Honorable Magistrate Judge Raymond Erickson

515423