UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-1922(JMR/FLN)

Stanley and Darlene Tompkins )
)
v. ) ORDER
)
Leavitt Tube Company )

This matter is before the Court on defendant's motion for summary judgment. Based on the files, records, and pleadings herein, IT IS ORDERED that:

Defendant's motion [docket no. 11] is denied.

Dated: December 30th, 2002

JAMES M. ROSENBAUM
United States Chief District Judge

FILED DEC 30 2002
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS