UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Stanley Tompkins and
Darlene Tompkins,

Plaintiffs,

vs.

Leavitt Tube Company,
an Illinois corporation,

Defendant.

Civil No. 01-1922 JMR/FLN

**PARTIAL STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

---

**STIPULATION**

**IT IS HEREBY STIPULATED** by and between the parties hereto, by their respective attorneys, that the Plaintiffs Stanley and Darlene Tompkins' product liability (Count 2) and negligent strapping (Paragraph 16 of Count 1) causes of action against Defendant Leavitt Tube Company shall be dismissed on the merits without costs to any party hereto and the Judge or Clerk of said Court is hereby authorized and requested, upon the filing of this Stipulation, duly executed, and without further or other notice to any party hereto to dismiss Plaintiffs' product liability (Count 2) and negligent strapping (Paragraph 16 of Count 1) causes of action from Plaintiffs' Complaint with Prejudice.

Dated: December 18, 2002.

MESHBESHER & SPENCE, LTD.

By ______________________

Paul R. Dahlberg, #228217
Attorneys for Plaintiffs
21 SW Second Street, Suite 250
Rochester, MN 55902
(507) 280-8090

FILED 1-7-03

Dated: December 19, 2002.

MURNANE, CONLIN, WHITE & BRANDT
PROFESSIONAL ASSOCIATION

By ______________________
Daniel A. Haws, #193501
Stacy E. Cudd, #0267181
Attorneys for Defendant
1800 U.S. Bancorp Building
444 Cedar Street
St. Paul, MN 55101
(651) 227-9411

**ORDER**

Based upon the foregoing Stipulation,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Plaintiffs Stanley and Darlene Tompkins' negligent strapping (Paragraph 16 of Count 1) and product liability (Count 2) causes of action shall be dismissed from Plaintiffs' Complaint against Defendant Leavitt Tube Company, on the merits, with prejudice and without costs to any party.

Dated: JAN 7, 2003

______________________
Franklin L. Noel
[redacted] Magistrate Judge