**UNITED STATES DISTRICT COURT**
**STATE OF MINNESOTA**

Civil No. 01-1922 JMR/FLN

STANLEY and DARLENE TOMPKINS,

Plaintiffs,

vs.

LEAVITT TUBE COMPANY, an Illinois corporation,

Defendant.

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

All matters in dispute in the above-entitled action having been fully compromised, settled and adjusted between Plaintiffs Stanley Tompkins and Darlene Tompkins and Defendant Leavitt Tube Company.

## STIPULATION

**IT IS HEREBY STIPULATED,** by and between the parties hereto, by their respective attorneys, that Plaintiffs Stanley and Darlene Tompkins' Complaint and alleged causes of action against Defendant Leavitt Tube Company, shall be dismissed on the merits without costs to any party hereto and the Judge or Clerk of said Court is hereby authorized and requested, upon the filing of this Stipulation, duly executed, and without further or other notice to any party hereto to dismiss Plaintiffs Stanley and Darlene Tompkins' Complaint against Defendant Leavitt Tube Company, with prejudice.



MAR 2 8 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

Dated: 2-13-03

**MESHBESHER & SPENCE, LTD.**

Paul R. Dahlberg #228271
Attorney for Plaintiffs
21 S. W. Second Street, Suite 250
Rochester, MN 55902
507-280-8090

Dated 2/17/03

**MURNANE, CONLIN, WHITE & BRANDT**
*Professional Association*

Daniel A. Haws #193501
Stacy E. Cudd #0267181
Attorneys for Leavitt Tube Company
1800 U.S. Bancorp Building
444 Cedar Street
St. Paul, MN 55101
(651) 227-9411

**ORDER**

Based upon the foregoing Stipulation,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiffs Stanley and Darlene Tompkins' Complaint and alleged causes of action against Defendant Leavitt Tube Company, shall be dismissed on the merits with prejudice and without costs to any party.

Dated: February 21st, 2003

**BY THE COURT:**

Judge of District Court

538638